IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. **3:17-CR-416-L-10** |
| | § | |
| **KEITH MORRIS CREAR** | § | |

# ORDER

On February 16, 2021, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 508) was entered, recommending that the court deny Defendant's pro se Motion Requesting Order to Award 10 Months of Prior Custody Jail Credit by the Bureau of Prisons (Doc. 499), which was docketed on December 16, 2020. The Report reasons that Defendant has already received all of the credit he deserves for the time he spent in custody before sentencing, the Bureau of Prisons correctly calculated his sentence, and he, therefore, is not entitled to any further credit. Defendant did not file objections to the Report, and the deadline for doing so has expired. Defendant, however, did file a reply in support of his motion (Doc. 507), which the court **strikes** because it was filed in violation of this district's Local Criminal Rule 47.1(f)'s express prohibition against the filing of replies without first seeking and obtaining leave of the presiding judge.

Having considered Defendant's motion, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motion Requesting Order to Award 10 Months of Prior Custody Jail Credit by the Bureau of Prisons (Doc. 499).

**It is so ordered** this 16th day of July, 2021.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge